# Notice Recipients

District/Off: 0970−2    User: vargasr    Date Created: 7/27/2016
Case: 2:16−bk−08463−DPC    Form ID: 309A    Total: 33

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | NORMA RENTERIA | 4377 S. HEMET ST. | GILBERT, AZ 85297 |
| tr | ROGER W. BROWN | P.O. BOX 32967 | PHOENIX, AZ 85064−2967 |
| aty | KENNETH L NEELEY | NEELEY LAW FIRM, PLC | 2250 E. GERMANN RD., SUITE 11    CHANDLER, AZ 85286 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY & LITIGATION | 1600 W. MONROE, 7TH FL.    PHOENIX, AZ 85007−2650 |
| 14167834 | Acceptance Now    ATTN: Customer Service    5501 Headquarters Dr.    Plano TX 75024 | | |
| 14167835 | Alliance One Receivables Management    4850 E. Street Rd., Ste. 300    Feasterville Trevose PA 19053 | | |
| 14167836 | AmeriCredit Financial Services, Inc.    ATTN: Bankruptcy Department    PO Box 183853    Arlington TX 76096 | | |
| 14167837 | Arizona Dept of Revenue    Special Operations Section    1600 W. Monroe, Room 720    Phoenix AZ 85007−2612 | | |
| 14167838 | Banner Cardon Childrens Medical Center    PO Box 18    Phoenix AZ 85001 | | |
| 14167839 | Bursey & Associates, P.C.    6740 N. Oracle Rd. Suite 151    Tucson AZ 85704 | | |
| 14167841 | CNAC − AZ 103    1455 N. Arizona Ave.    Chandler AZ 85225 | | |
| 14167840 | Citibank    PO Box 6500    Sioux Falls SD 57117 | | |
| 14167842 | Collection Service Bureau    PO Box 310    Scottsdale AZ 85252 | | |
| 14167843 | Comenity Capital Bank    Attn: Bankruptcy Department    PO Box 182125    Columbus OH 43218−2125 | | |
| 14167844 | Credit Collection Services    PO Box 448    Norwood MA 02062−0448 | | |
| 14167845 | DirecTV Customer Service    ATTN: Bankruptcy Claims    PO Box 6550    Englewood CO 80155−6550 | | |
| 14167846 | Goodwill of Central Arizona    Attn: Payroll    2626 W. Beryl Ave.    Phoenix AZ 85021 | | |
| 14167847 | Hammerman & Hultgren, P.C.    3101 N. Central Ave., Suite 500    Phoenix AZ 85012 | | |
| 14167848 | Healthcare Collections, Inc.    PO Box 82910    Phoenix AZ 85071 | | |
| 14167849 | IC Systems, Inc.    PO Box 64378    St. Paul MN 55164 | | |
| 14167850 | Internal Revenue Service    Centralized Insolvency Op    PO Box 7346    Philadelphia PA 19101−7346 | | |
| 14167851 | Maricopa Justice Court #8    RE Case #: CV−20080940    PO Box 201    Maricopa AZ 85139 | | |
| 14167852 | Midland Credit Management, Inc.    2365 Northside Dr., Suite 300    San Diego CA 92108 | | |
| 14167853 | Midland Funding, LLC    PO Box 2011    Warren MI 48090 | | |
| 14167854 | Navient Loan Servicing    PO Box 9635    Wilkes Barre PA 18773−9635 | | |
| 14167855 | Pinal County Superior Court    RE Case#: CV2006−01056    PO Box 2730    Florence AZ 85132 | | |
| 14167856 | Portfolio Recovery Associates, LLC    140 Corporate Blvd.    Norfolk VA 23502 | | |
| 14167857 | Progressive Insurance    6300 Wilson Mills Rd.    Cleveland OH 44143 | | |
| 14167858 | Progressive Medical Associates    PO Box 64568    Phoenix AZ 85082−4568 | | |
| 14167859 | Ramon Renteria    498 N. Dakota, #4    Chandler AZ 85224 | | |
| 14167860 | T−MOBILE    PO Box 53410    Bellevue WA 98015 | | |
| 14167861 | US Department of Education    PO Box 5609    Greenville TX 75403−5609 | | |
| 14167862 | Worldwide Asset Purchasing, LLC    10300 Spotsylvania Ave., Ste. 200    Fredericksburg VA 22408 | | |

TOTAL: 33